IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 19 C 2649 |
| BMC CUSTOM CANOPY, INC., an Indiana corporation, d/b/a BMC, INC., | ) ) ) ) | JUDGE SARA L. ELLIS |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on July 3, 2019, request this Court enter judgment against Defendant, BMC CUSTOM CANOPY, INC., an Indiana corporation, d/b/a BMC, INC. In support of this Motion, Plaintiffs state:

1. On July 3, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. On or about July 28, 2020, in lieu of an audit of the Defendant's payroll books and records, Defendant submitted to the Plaintiff Funds spreadsheets with payroll records for two projects for the months of August 2018, December 2018 and January 2019. The spreadsheets show that the Defendant is delinquent in contributions to the Funds in the amount of $8,782.15, plus $2,554.61 for liquidated damages. (See Affidavit of Paul Flasch).

3. Plaintiffs' firm has expended $1,060.90 for costs and $4,675.75 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

      4.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $17,073.41.

      WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $17,073.41.

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\BMC Inc\motion-judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>9th</u> day of <u>September 2020</u>:

    Mr. Frank D. Baade, Registered Agent
    BMC Custom Canopy, Inc., d/b/a BMC, Inc.
    20 LN 325 Lake James A3
    Angola, IN 46703

            /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\BMC Inc\motion-judgment.pnr.df.wpd